```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

| | |
|---|---|
| LOU HOLLINGSWORTH, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. 23-00184-B |
| | * |
| DISCOVER BANK, *et al.*, | * |
| | * |
|     Defendants. | * |

## ORDER

This action is before the Court on Plaintiff's Notice of Settlement as to Defendant Experian Information Solutions, Inc., and Notice of Voluntary Dismissal. (Docs. 15, 18). Plaintiff reports that she has settled her claims against Defendant Experian Information Solutions, Inc., and seeks to dismiss with prejudice, all claims against Experian Information Solutions, Inc., with each party to bear their own fees and costs.

The general rule is that Fed. R. Civ. P. 41(a)(1)(A) does not authorize the voluntary dismissal of individual claims; rather, the Rule requires that a plaintiff dismiss the entire action. In re Esteva, 60 F.4th 664, 675 (11th Cir. 2023) (citations omitted). However, there is an exception to the general rule which permits "plaintiffs to voluntarily dismiss less than the entire action so long as they dismiss a defendant in its entirety (i.e., they dismiss all of the claims brought against the defendant)." Id. at 677 (citations omitted); Plains Growers, Inc. ex rel. Florists'

Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 255 (5th Cir. 1973); Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004) (acknowledging that Rule 41(a) "allows a plaintiff to dismiss all of his claims against a particular defendant"); Sears & Roebuck & Co. v. Hardin Constr. Grp., Inc., 2016 U.S. Dist. LEXIS 189068, 2016 WL 9343175 (S.D. Ala. Oct. 3, 2016). "The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).

Upon consideration, the Court finds that the notice was effective upon filing. Accordingly, Plaintiff's claims against Experian Information Solutions, Inc. are **DISMISSED with prejudice**, with each party to bear its own attorneys' fees, costs, and expenses. Plaintiff's claims against Discover Bank remain pending.

**ORDERED** this **16th** day of **November, 2023.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**