IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LOU HOLLINGWORTH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 23-00184-KD-B |
| | ) |
| **DISCOVER BANK AND EXPERIAN** | ) |
| **INFORMATION SOLUTIONS, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and here having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 22) made under 28 U.S.C. § 636(b), and dated January 22, 2024, is **ADOPTED** as the opinion of this Court. Accordingly, Discover Bank's motion to dismiss Hollingworth's complaint (doc. 9) is **DENIED**.

**DONE** and **ORDERED** this the 8th day of February 2024.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE